Elizabeth E. Brown

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | |
| YOUNG, LEROY MELVIN<br>YOUNG, VIRGINIA | § § § § | Case No. 15-12778 EEB |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/21/2015 . The undersigned trustee was appointed on 03/21/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $   1,645.28

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]          $   1,625.28

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/27/2015 and the deadline for filing governmental claims was 09/21/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 411.32 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 411.32 , for a total compensation of $ 411.32 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 68.62 , for total expenses of $ 68.62 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/28/2015     By:/s/JEFFREY L. HILL, Trustee
                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 15-12778 | EEB | Judge: Elizabeth E. Brown | Trustee Name: | JEFFREY L. HILL, Trustee |
|---|---|---|---|---|---|
| Case Name: | YOUNG, LEROY MELVIN | | | Date Filed (f) or Converted (c): | 03/21/15 (f) |
| | YOUNG, VIRGINIA | | | 341(a) Meeting Date: | 04/16/15 |
| For Period Ending: | 07/28/15 | | | Claims Bar Date: | 07/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2014 State tax refund (u) | 0.00 | 1,016.00 | | 1,016.00 | FA |
| 2. 3 burial sites | 300.00 | 0.00 | | 0.00 | FA |
| 3. House located at 5545 Xanadu St. Denver 80239 | 88,900.00 | 0.00 | | 0.00 | FA |
| 4. Small amount of cash | 5.00 | 1.25 | | 1.25 | FA |
| 5. Bank account with Citywide Bank | 10.00 | 4.55 | | 4.55 | FA |
| 6. Bank account with Westerra Credit Union - neg bal | 10.00 | 0.00 | | 0.00 | FA |
| 7. Household goods & furnishings | 600.00 | 0.00 | | 0.00 | FA |
| 8. Books and Pictures located at residence | 25.00 | 0.00 | | 0.00 | FA |
| 9. Clothing and shoes located at residence | 500.00 | 0.00 | | 0.00 | FA |
| 10. Furs and jewelry located at residence | 300.00 | 0.00 | | 0.00 | FA |
| 11. 2 guns, 1 Montgomery Wards alum boat, trailer, To be appraised at Dickensheet | 150.00 | 620.00 | | 620.00 | FA |
| 12. 1996 Dodge truck - wrecked | 200.00 | 0.00 | | 0.00 | FA |
| 13. 2001 Chevy Monte Carlo | 2,000.00 | 0.00 | | 0.00 | FA |
| 14. 2004 Winnebago RV | 10,000.00 | 0.00 | | 0.00 | FA |
| 15. 2009 Chevy Impala | 4,600.00 | 0.00 | | 0.00 | FA |
| 16. 2014 federal refund - owes (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17. Wells Fargo chkg acct (u) | 0.00 | 2.92 | | 2.92 | FA |
| 18. Commerce Bank chkg | 0.00 | 0.56 | | 0.56 | FA |
| 19. wages - none retired | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $107,600.00    $1,645.28    $1,645.28    $0.00

(Total Dollar Amount in Column 6)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 15-12778   EEB   Judge: Elizabeth E. Brown | Trustee Name:   JEFFREY L. HILL, Trustee |
| Case Name: | YOUNG, LEROY MELVIN | Date Filed (f) or Converted (c):   03/21/15 (f) |
| | YOUNG, VIRGINIA | 341(a) Meeting Date:   04/16/15 |
| | | Claims Bar Date:   07/27/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/15     Current Projected Date of Final Report (TFR): 09/30/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-12778 -EEB | Trustee Name: | JEFFREY L. HILL, Trustee |
|---|---|---|---|
| Case Name: | YOUNG, LEROY MELVIN | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | YOUNG, VIRGINIA | Account Number / CD #: | *******9745 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9275 | | |
| For Period Ending: | 07/28/15 | Blanket Bond (per case limit): | $ 250,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/21/15 | 1 | State of Colorado | 2014 State tax refund | 1224-000 | 1,016.00 | | 1,016.00 |
| 04/30/15 | | Leroy Young | PARTIAL PAYMENT | | 9.28 | | 1,025.28 |
| | | Virginia Young | | | | | |
| | 17 | YOUNG, LEROY | Memo Amount: 2.92 | 1229-000 | | | |
| | | | bank account | | | | |
| | * NOTE * | | Memo Amount: 6.36 | 1129-000 | | | |
| | | | * NOTE * Properties 4, 5, 18 | | | | |
| 06/02/15 | 11 | Virginia Young | PARTIAL PAYMENT | 1129-000 | 310.00 | | 1,335.28 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,325.28 |
| 07/01/15 | 11 | Virginia Young | final payment per stip | 1129-000 | 310.00 | | 1,635.28 |
| 07/07/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,625.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 9.28 | | COLUMN TOTALS | 1,645.28 | 20.00 | 1,625.28 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 1,645.28 | 20.00 | |
| Memo Allocation Net: | 9.28 | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 1,645.28 | 20.00 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 9.28 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | | Checking Account (Non-Interest Earn - *******9745) | 1,645.28 | 20.00 | 1,625.28 |
| Total Memo Allocation Net: | 9.28 | | | 1,645.28 | 20.00 | 1,625.28 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 1,645.28 20.00

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-12778 -EEB | | Trustee Name: | JEFFREY L. HILL, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | YOUNG, LEROY MELVIN | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | YOUNG, VIRGINIA | | Account Number / CD #: | *******9745  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9275 | | | |
| For Period Ending: | 07/28/15 | | Blanket Bond (per case limit): | $  250,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 28, 2015 |

Case Number: 15-12778  
Debtor Name: YOUNG, LEROY MELVIN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | FirstBank 12345 West Colfax Avenue Lakewood CO 80215 | Unsecured | | $0.00 | $4,412.44 | $4,412.44 |
| 000002 070 7100-00 | Westerra Credit Union 3700 E. Alameda Ave. Denver, CO 80209 | Unsecured | | $0.00 | $348.94 | $348.94 |
| 000003 070 7100-00 | Westerra Credit Union 3700 E. Alameda Ave. Denver, CO 80209 | Unsecured | | $0.00 | $1,295.88 | $1,295.88 |
| 000004 070 7100-00 | Westerra Credit Union 3700 E. Alameda Ave. Denver, CO 80209 | Unsecured | | $0.00 | $12,251.36 | $12,251.36 |
| 000005 070 7100-00 | Cavalry SPV I, LLC Assignee of Capital One, N.A. Bass & Associates, P.C. 3936 E Ft. Lowell Road Suite #200 Tucson, AZ 85712 | Unsecured | | $0.00 | $2,206.36 | $2,206.36 |
| 000006 070 7100-00 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $1,542.20 | $1,542.20 |
| 000007 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $0.00 | $8,304.90 | $8,304.90 |
| 000008 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $0.00 | $3,220.46 | $3,220.46 |
| 000009 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $0.00 | $2,948.00 | $2,948.00 |
| 000010 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 | Unsecured | | $0.00 | $6,319.28 | $6,319.28 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 28, 2015 |

Case Number: 15-12778  
Debtor Name: YOUNG, LEROY MELVIN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Greenville, SC 29602 | | | | | |
| 000011 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $0.00 | $1,128.83 | $1,128.83 |
| 000012 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $959.86 | $959.86 |
| 000013 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $2,601.42 | $2,601.42 |
| 000014 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $3,670.28 | $3,670.28 |
| 000015 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $1,358.25 | $1,358.25 |
| 000016 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $906.80 | $906.80 |
| 000017 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $854.52 | $854.52 |
| 000018 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $817.26 | $817.26 |
| 000019 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $6,814.34 | $6,814.34 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 28, 2015 |

Case Number: 15-12778  
Debtor Name: YOUNG, LEROY MELVIN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $61,961.38 | $61,961.38 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-12778 EEB
Case Name: YOUNG, LEROY MELVIN
                YOUNG, VIRGINIA
Trustee Name: JEFFREY L. HILL, Trustee

      Balance on hand        $        1,625.28

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JEFFREY L. HILL, Trustee | $ 411.32 | $ 0.00 | $ 411.32 |
| Trustee Expenses: JEFFREY L. HILL, Trustee | $ 68.62 | $ 0.00 | $ 68.62 |

    Total to be paid for chapter 7 administrative expenses     $     479.94

    Remaining Balance     $     1,145.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,961.38 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FirstBank | $ 4,412.44 | $ 0.00 | $ 81.56 |
| 000002 | Westerra Credit Union | $ 348.94 | $ 0.00 | $ 6.45 |
| 000003 | Westerra Credit Union | $ 1,295.88 | $ 0.00 | $ 23.95 |
| 000004 | Westerra Credit Union | $ 12,251.36 | $ 0.00 | $ 226.47 |
| 000005 | Cavalry SPV I, LLC | $ 2,206.36 | $ 0.00 | $ 40.78 |
| 000006 | American InfoSource LP as agent for | $ 1,542.20 | $ 0.00 | $ 28.51 |
| 000007 | PYOD, LLC its successors and assigns as | $ 8,304.90 | $ 0.00 | $ 153.51 |
| 000008 | PYOD, LLC its successors and assigns as | $ 3,220.46 | $ 0.00 | $ 59.53 |
| 000009 | PYOD, LLC its successors and assigns as | $ 2,948.00 | $ 0.00 | $ 54.49 |
| 000010 | PYOD, LLC its successors and assigns as | $ 6,319.28 | $ 0.00 | $ 116.81 |
| 000011 | PYOD, LLC its successors and assigns as | $ 1,128.83 | $ 0.00 | $ 20.87 |
| 000012 | Synchrony Bank | $ 959.86 | $ 0.00 | $ 17.74 |
| 000013 | Synchrony Bank | $ 2,601.42 | $ 0.00 | $ 48.09 |
| 000014 | Synchrony Bank | $ 3,670.28 | $ 0.00 | $ 67.84 |
| 000015 | Synchrony Bank | $ 1,358.25 | $ 0.00 | $ 25.11 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | Synchrony Bank | $ 906.80 | $ 0.00 | $ 16.76 |
| 000017 | Synchrony Bank | $ 854.52 | $ 0.00 | $ 15.80 |
| 000018 | Portfolio Recovery Associates, LLC | $ 817.26 | $ 0.00 | $ 15.11 |
| 000019 | Portfolio Recovery Associates, LLC | $ 6,814.34 | $ 0.00 | $ 125.96 |

Total to be paid to timely general unsecured creditors     $             1,145.34

Remaining Balance     $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE